UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at Pikeville)

| | | |
|---|---|---|
| RANDY MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 7: 20-160-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| KILOLO KIJAKAZI, Acting | ) | **JUDGMENT** |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with Rule 58 of the Federal Rules of Civil Procedure, and pursuant to 42 U.S.C. § 405(g) and the Memorandum Opinion and Order entered this date, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1.     The final administrative decision of the Acting Commissioner of Social Security is **AFFIRMED**.

2.     Judgment is entered in favor of Defendant Kilolo Kijakazi, Acting Commissioner of Social Security, with respect to all issues raised in this action.

3.     This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated:  November 17, 2021.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky